IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD JARRETT, #11157-030

        Petitioner,

vs.

JAMES N. CROSS, Warden,

        Respondent.

Civil Case No.  12-cv-690-DRH

## JUDGMENT

**HERNDON, Chief Judge:**

This action came before the Court for preliminary consideration of petitioner's application for a writ of habeas corpus.  The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus (Doc. No. 1) is summarily dismissed with prejudice.  Judgment is entered in favor of respondent and against petitioner.  Petitioner is to take nothing from this action.

**SO ORDERED:**

August 21, 2012

Digitally signed by David R. Herndon
Date: 2012.08.21 11:35:02 -05'00'

CHIEF JUDGE
UNITED STATES DISTRICT COURT